UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 01 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID ANTHONY STEBBINS, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MICROSOFT, <br><br> Defendant - Appellee. | No. 12-35082 <br><br> D.C. No. 2:11-cv-01362-JCC <br> U.S. District Court for Western Washington, Seattle <br><br> **ORDER** |

The court's records indicate that this appeal was filed during the pendency of a timely-filed Fed. R. App. P. 4(a)(4) motion. The notice of appeal is therefore ineffective until entry of the order disposing of the last such motion outstanding. *See* Fed. R. App. P. 4(a)(4). Accordingly, proceedings in this court shall be held in abeyance pending the district court's resolution of the pending January 26, 2012 motion. *See Leader Nat'l Ins. Co. v. Industrial Indemnity Ins. Co.,* 19 F.3d 444 (9th Cir. 1994).

If appellant wishes to challenge the district court's ruling on the pending January 26, 2012 motion for reconsideration, appellant shall file an amended notice of appeal within 30 days from entry of the district court's ruling on the motion. *See*

Fed. R. App. P. 4(a)(4). A copy of this order shall be served on the district court.

*See* Fed. R. App. P. 3(d).

                                                                  FOR THE COURT:
                                                                  Molly C. Dwyer
                                                                  Clerk of Court

                                                                  Corina Orozco
                                                                  Deputy Clerk