12-35082

United States Court of Appeals for the Ninth Circuit.

David Stebbins — Appellant

vs. Case No. 12-35083 (12-35082)

Microsoft, Inc. — Appellee

## MOTION FOR IFP APPLICATION

Comes now, pro se Plaintiff* David Stebbins, who hereby submits the following request for an in forma pauperis application.

If I were not incarcerated, I could just print one off the Internet, no fuss no muss. However, because I am incarcerated, I require a form be provided for me.

Maybe I don't need one. Here in Arkansas, when you get IFP status in the trial court, you automatically get IFP for all appeals in that same case, excluding the federal Supreme Court for obvious reasons. Maybe that is what is happening here.

But I have not been told that, and until I receive unambiguous confirmation of what is going on, I would like an IFP application. Better safe than sorry.

David Stebbins
5800 Law Dr.
Harrison, AR 72601
Jan. 30, 2012

*Sorry, I meant "Appellant"

David Stebbins

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FEB 06 2012

FILED_____
DOCKETED_____
        DATE    INITIAL

United States Court of Appeals
for the Ninth Circuit

David Stebbins                                    Appellant

vs                       Case No. 12-35083

Microsoft, Inc.                                    Appellee

Certificate of Service

I, pro se Appellant David Stebbins, hereby certify under penalty of perjury that a true and correct copy of my informal & opening brief was served on Defense Counsel by allowing them to view the ECF Notice of Docket Activity.

The motion for the IFP application was served on Appellees the same way.

David Stebbins
5800 Law Dr.
Harrison, AR 72601

David Stebbins