United States Court of Appeals
for the Ninth Circuit

David Stebbins                                            Plaintiff

vs            Case No. 12-35082

Microsoft, Inc                                            Defendant

## MOTION FOR LEAVE TO FILE SUPPLEMENTARY BRIEFING

Comes now, pro se Appellant David Stebbins, who hereby submits the following motion for leave to file a supplementary briefing.

The District Court gave ~~something~~ a new opinion when denying my motion for reconsideration. I wish to address the issues raised in that opinion. Please grant me leave to do so.

Requested this 9th day of March, 2012.

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 12 2012

FILED _____
DOCKETED _____
DATE     INITIAL