United States District Court for the Western District of Washington

David Stebbins                                                                Plaintiff

vs              Case No. 11-1362

Microsoft, Inc.                                                               Defendant

NOTICE OF APPEAL

Pursuant to the express invitation provided by the Ninth Circuit's order dated Feb. 1, 2012, I hereby notify the court and Defendant that I am appealing the denial of my motion for reconsideration.

David Stebbins
5800 Law Dr.
Harrison, AR 72601