MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 30 2012

FILED
DOCKETED _____ DATE _____ INIT

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DAVID STEBBINS     APPELLANT

VS.     CASE NO. 12-35082

MICROSOFT, INC.     APPELLEE

NOTICE OF CHANGE OF ADDRESS AND MOTION FOR ECF ACCESS

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following notice of change of address. I now reside at the address listed below, in the signature of this notice.

I also wish for the Court to take notice that I am no longer incarcerated. Please revoke your order that I be made to pay the filing fee through my prisoner account and also re-admit me to the Court's ECF system.

I also certify that Defense counsel has been served with this document by allowing them to view it on ECF.

David Stebbins

123 W. Ridge,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com