IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DAVID STEBBINS                                                                                          APPELLANT

VS.                                        CASE NO. 12-35082

MICROSOFT, INC.                                                                                          APPELLEE

MOTION TO TAKE JUDICIAL NOTICE OF LACK OF INCARCERATION AND MOTION

TO REVOKE COURT ORDER

Comes now, *pro se* Appellant David stebbins, who hereby submits the following motion to take judicial notice that I am no longer incarcerated, and also to revoke the Order dated March 20, 2012.

On March 20, 2012, the Court issued me an order to fill out an authorization form so that the jail staff would withdraw the filing fee for this case from my prison account.

However, as you can see from the Notice of Change of Address that has been recently filed, I am no longer incarcerated. The order is therefore inappropriate to enforce against me.

Please find attached an Inmate Release Form, proving that I am now released from jail.

Please revoke the order for the authorization form, and allow me to prosecute this appeal, without having to pay the filing fee at all.

It is so requested on this 6th day of April, 2012.

David Stebbins

123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DAVID STEBBINS                                                               APPELLANT

VS.                              CASE NO. 12-35082

MICROSOFT, INC.                                            APPELLEE

CERTIFICATE OF SERVICE

Defense counsel has been served with this document by allowing them to view it on ECF.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com