Case: 12-35082, 04/06/2012, ID: 8130914, DktEntry: 12-2, Page 1 of 1

# Inmate Release Report

**Name:** Stebbins, David Anthony



**Birthdate:** 12/29/1988
**Gender:** Male
**Race:** Caucasian



Release Type: Bonded out Campbell Bonding Co., INC.
Releasing Officer: Avey, Tina
Incident Notes:
Release Notes: Condition of bond ( Before he bonds) a place to live - receive some kind of treatment - Make appointments for evaluation - Jail to make arrangements where he is not subject to violence Repear 2/3/2012.

**Detainers**    (No Detainers)

**Release Conditions**    (No Release Conditions)

## Billing

| Check In | Check Out | Agency | Rate | Days | Book-In Fee | Book-Out Fee | Total |
|---|---|---|---|---|---|---|---|
| 11/25/2011 6:41 PM | 3/14/2012 9:10 AM | Boone County Sheriff Office | 0.00 | 111 | 0.00 | 0.00 | 0.00 |
| | | | | | | | 0.00 |

## Offenses

| Case Number | Statute | Charge Description |
|---|---|---|
| | | Domestic Battery 1st degree |
| | | Disorderly Conduct |

_____    _____    _____
Date                  Inmate Signature           Officer Signature
                          Date:                              Date: