FILED

APR 09 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID ANTHONY STEBBINS, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant - Appellee. | No. 12-35082 <br><br> D.C. No. 2:11-cv-01362-JCC <br> Western District of Washington, Seattle <br><br> ORDER |

On March 20, 2012, this court issued an order directing appellant to complete and file with this court the enclosed authorization form.

On April 6, 2012, appellant filed a notice that he is no longer incarcerated. Therefore, the June 30, 2009 order is vacated. Appellant's forma pauperis status shall continue in this appeal.

The January 27, 2012 briefing schedule shall remain in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Corina Orozco
Deputy Clerk

CO/Pro Se