UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID STEBBINS, | No. 12-35082 |
| Plaintiff-Appellant, | (U.S. District Court W.D. Wash. No. 2:11-cv-1362 JCC) |
| v. | MICROSOFT CORPORATION'S RESPONSE TO MOTION FOR SUMMARY REVERSAL |
| MICROSOFT, INC., | |
| Defendant-Appellee. | |

Microsoft Corporation (incorrectly sued as "Microsoft, Inc.") incorporates its Answering Brief (Dkt. 16) as its response to Appellant David Stebbins's Motion for Summary Reversal (Dkt. 15-1).

RESPECTFULLY SUBMITTED this 11th day of June, 2012.

    Davis Wright Tremaine LLP
    Attorneys for Microsoft Corporation

    By */s/ John A. Goldmark*
        Stephen M. Rummage
        John A. Goldmark
        1201 Third Avenue, Suite 2200
        Seattle, Washington 98101-3045
        Tel: (206) 622-3150
        Fax: (206) 757-7700

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 11, 2012.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

David Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601

                                        *s/ John A. Goldmark*
                                           John A. Goldmark