UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID ANTHONY STEBBINS,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant - Appellee. | No. 12-35082<br><br>D.C. No. 2:11-cv-01362-JCC<br>U.S. District Court for Western<br>Washington, Seattle<br><br>**ORDER** |

The reply brief submitted on June 16, 2012 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief in paper format accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

                                              FOR THE COURT:
                                              Molly C. Dwyer
                                              Clerk of Court

                                              Regine Ho
                                              Deputy Clerk