IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**DAVID STEBBINS**                                                      **APPELLANT**

VS.                         **CASE NO. 12-35082**

**MICROSOFT, INC.**                                               **APPELLEE**

## NOTICE OF FILING OF PAPER BRIEFS

Comes now, *pro se* Appellant David Stebbins, who hereby certifies that the 7 copies of the paper briefs required as of the Clerk Order dated July 10, 2012 have been sent.

They can be tracked at the website of the United States Postal Service, using the following tracking number: 9405 5036 9930 0073 7325 86

The copies should arrive either this Monday, or this Tuesday.

*David S. Stebbins*
David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

CERTIFICATE OF SERVICE

Defense counsel has been served with this document by allowing them to view it on ECF.

*David S. Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com