United States Court of Appeals
for the Ninth Circuit

David Stebbins
vs
Microsoft, inc

Case N: 12-35082

Plaintiff Appellant

Defendant Appellee

## Motion to Stay Proceedings

Comes now, pro se Appellant David Stebbins, who hereby submits the following motion to stay proceedings in this case.

A similar case to this one has just been concluded by the 8th Circuit. It was case no. 11-3639 in that Court, case of Stebbins v. Reliable Heat & Air, LLC.

I intend to appeal that case to the Supreme Court, and I expect the petition to be granted, as there is a large circuit split on that issue.

A ruling in that case could instantly dispose of this one. One of the questions to be presented is... can a motion to confirm an arbitration award be denied for any reason other than a previously-granted motion to vacate or modify an* arbitration award?

There is a precedent for this sort of thing. In the 2004 case of Tennessee v. Lane, the Supreme Court noted that the Sixth Circuit held the case in abeyance until SCOTUS ruled on the 2001 case of Board of Trustees of Univ. of AL v. Garrett. Therefore, this court would not be out of line if it ordered this stay.

If this Court wishes to be satisfied as to the existance of a circuit split on this issue, wait until the cert petition is filed with SCOTUS. I do not have the cases right now, but I have contacted Goldstein + Russell to request pro bono representation. If they decline representation, I will request that the things I sent them be returned to me so I can represent myself, doing it. This will include the Circuit Split, since I explained it to them in my letter requesting their assistance. Right now, suffice it to say, there are nine courts which side with me on this issue, and six that don't! That is a BIG circuit split!

Therefore, I request that this case be paused until such time as the Supreme Court rules dispositively on the related case.

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 13 2012

FILED_____
DOCKETED_____
DATE    INITIAL

David Stebbins
David Stebbins
5800 Law Dr
Harrison, AR 72601

* the same arbitration award. Sorry for the typo.

United States Court of Appeals
for the Ninth Circuit

David Stebbins, Appellant

vs

Microsoft, ~~[scribbled]~~ inc., Appellee

Case No. 12-35057*

## NOTICE OF CHANGE OF ADDRESS

Comes now, pro se Appellant David Stebbins, who hereby submits the following notice of change of address. ~~[scribbled]~~

I now reside at the following address:

5800 Law Dr.
Harrison, AR 72601

I was arrested on a baseless bond revocation. I may get back out as soon as this Friday, but then again I may not. As such, I wish to make the following modification to my motion to not have an oral argument. My basis for that motion was that I was too poor to attend. However, as long as I am incarcerated, I can go.

Therefore, I wish to be allowed to participate by phone if I am not incarcerated at the time. Hopefully, the oral argument will be scheduled months in advance, so this should only be a problem if exceptional circumstances arise.

Please also see the back of this sheet.**

David Stebbins
5800 Law Dr.
Harrison, AR 72601

---

*Case No. may be incorrect. I don't remember.
** I must conserve stationary while in jail, as they don't give me much.