UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| DAVID STEBBINS, | ) | No. 12-35082 |
| | ) | |
| Plaintiff-Appellant, | ) | (U.S. District Court W.D. Wash. No. 2:11-cv-1362 JCC) |
| | ) | |
| v. | ) | MICROSOFT CORPORATION'S RESPONSE TO MOTION TO STAY PROCEEDINGS |
| | ) | |
| MICROSOFT, INC., | ) | |
| | ) | |
| Defendant-Appellee. | ) | |
| | ) | |

Microsoft Corporation (incorrectly sued as "Microsoft, Inc.") files this

response to Appellant David Stebbins's Motion to Stay Proceedings (Dkt. 28).

Mr. Stebbins claims this case is similar to one of his many other cases

seeking to confirm a phantom arbitration award,[1] and asks that "this case be

paused" until he can seek U.S. Supreme Court review of the Eighth Circuit's

unpublished order affirming dismissal in *Stebbins v. Reliable Heat & Air, LLC*,

No. 11-3639. There, the Eighth Circuit held "the district court properly denied

Stebbins's 'motion to confirm arbitration award,' as that motion was meritless."

---

[1] Mr. Stebbins is a serial litigant in federal court. *See* Ans. Br. 6–7 (Dkt. 16).

RESPONSE TO MOTION TO STAY PROCEEDINGS - 1

Order at 1–2 (Entry 3934943).  Mr. Stebbins's appeal in this case is as meritless as his appeal in *Reliable Heat & Air*.  His request for a stay should be denied.

RESPECTFULLY SUBMITTED this 30th day of August, 2012.

Davis Wright Tremaine LLP
Attorneys for Microsoft Corporation

By  */s/ John A. Goldmark*
    Stephen M. Rummage
    John A. Goldmark
    1201 Third Avenue, Suite 2200
    Seattle, Washington  98101-3045
    Tel:  (206) 622-3150
    Fax:  (206) 757-7700

RESPONSE TO MOTION TO STAY PROCEEDINGS  - 2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on August 30, 2012.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

David Stebbins
5800 Law Drive
Harrison, AR  72601

and to:

David Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601

*s/ John A. Goldmark*
John A. Goldmark