RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP 20 2012

FILED
DOCKETED      DATE      INITIAL

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DAVID STEBBINS     APPELLANT

VS.     CASE NO. 12-35082

MICROSOFT, INC.     APPELLEE

### NOTICE OF CHANGE OF ADDRESS

I, *pro se* Appellant David Stebbins, do hereby certify under penalty of perjury that my new address is listed below. Please re-admit me to the ECF system.

So certified this 17th day of September, 2012.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com