FILED

JUN 03 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID ANTHONY STEBBINS,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant - Appellee. | No. 12-35082<br><br>D.C. No. 2:11-cv-01362-JCC<br>Western District of Washington,<br>Seattle<br><br>ORDER |

On April 9, 2012, this court issued an order with incorrect dates. Accordingly, the April 9, 2012 order is vacated and re-issued as follows:

On March 20, 2012, this court issued an order directing appellant to complete and file with this court the enclosed authorization form. On April 6, 2012, appellant filed a notice that he is no longer incarcerated. Therefore, the March 20, 2012 order is vacated. Appellant's in forma pauperis shall continue in this appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Corina Orozco
Deputy Clerk

CO/Pro Se