FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 30 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID ANTHONY STEBBINS,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant - Appellee. | No. 12-35082<br><br>D.C. No. 2:11-cv-01362-JCC<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before:    LEAVY, THOMAS, and MURGUIA, Circuit Judges.

Stebbins's petition for panel rehearing is denied.

No further filings will be entertained in this closed appeal.