# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 6, 2014

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  David Anthony Stebbins
           v. Microsoft Corporation
           No. 13-8563
           (Your No. 12-35082)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on January 27, 2014 and placed on the docket February 6, 2014 as No. 13-8563.

Sincerely,

**Scott S. Harris**, Clerk

by

Sandy Spagnolo
Case Analyst