# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 24, 2014

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re: David Anthony Stebbins
v. Microsoft Corporation
No. 13-8563
(Your No. 12-35082)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  The Chief Justice took no part in the consideration or decision of this petition.

Sincerely,

**Scott S. Harris**, Clerk